**DISMISS; Opinion Filed March 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01453-CV

**BETTY L. WOODS, Appellant**

**V.**

**MORTGAGE ELECTRONIC REGISTRATIONS SERVICES, LLC, FEDERAL HOME LOAN MORTGAGE CORPORATION, AND AURORA LOAN SERVICES, LLC, Appellees**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-404**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Lang

Appellees have filed a motion to dismiss the appeal based, in part, on appellant's failure to prosecute the appeal. *See* TEX. R. APP. P. 42.3(b). Specifically, appellees assert the appeal should be dismissed because appellant's brief is overdue. Our records reflect appellant's brief was due November 20, 2013. When she failed to file her brief by November 27, 2013, we gave her an additional ten days to file the brief and cautioned her that the appeal would be dismissed if she did not comply. *See* TEX. R. APP. P. 38.8(a)(1). To date, she has not complied. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

131453F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BETTY L. WOODS, Appellant

No. 05-13-01453-CV          V.

MORTGAGE ELECTRONIC
REGISTRATIONS SERVICES, LLC,
FEDERAL HOME LOAN MORTGAGE
CORPORATION, AND AURORA LOAN
SERVICES, LLC, Appellees

On Appeal from the 439th Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 1-11-404.
Opinion delivered by Justice Lang.   Justices
Moseley and Francis participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

     We **ORDER** that appellee Mortgage Electronic Registrations Services, LLC, Federal Home Loan Mortgage Corporation, and Aurora Loan Services, LLC recover their costs, if any, of this appeal from appellant Betty L. Woods.

Judgment entered this 5th day of  March, 2014.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE